UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE ROSEWARNE,

       Plaintiff,

v.                                          Case No. 1:07-cv-1217
                                           Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                                         /

**AMENDED BRIEFING SCHEDULE**

       Plaintiff brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a final decision of the Commissioner of the Social Security Administration denying his claim for benefits. By order entered February 12, 2008 the court directed plaintiff to file his initial brief by March 10, 2008.  When plaintiff failed to file his brief, the court issued an order to show cause why this case should not be dismissed for his failure to file a brief in accordance with the court's order. Plaintiff filed a timely response demonstrating his intent to pursue this action and requesting an extension of time to file an initial brief.  The court amended the briefing schedule to allow plaintiff to file his brief by June 2, 2008.  That date has passed and plaintiff has yet to file a brief.

       Accordingly, the briefing schedule is amended as follows. Plaintiff's response to the order to show cause (docket no. 8) shall be accepted as his initial brief.  Defendant's brief is due by **July 18, 2008** and plaintiff's reply brief is due by **July 28, 2008**.

       **IT IS SO ORDERED.**


Dated:  June 19, 2008                                         /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                           United States Magistrate Judge